# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-15-00047-CV

**In re Charlie Flentroy**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

**M E M O R A N D U M  O P I N I O N**

Relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   January 23, 2015